UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-22899-BLOOM/Louis

UTOPIA KIDS, INC. d/b/a
DENNY'S CHIDREN'S WEAR,

    Plaintiff,
v.

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON, *et al.*,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff Utopia Kids, Inc.'s Notice of Voluntary Dismissal without Prejudice, ECF No. [36]. Plaintiff seeks dismissal of this matter against Defendants, Certain Underwriters at Lloyd's London; National Fire & Marine Insurance Company; and Crum & Forster Specialty Insurance Company.  Being fully advised it is,

**ORDERED AND ADJUDGED** that Plaintiff, Utopia Kids, Inc.'s Notice of Voluntary Dismissal without Prejudice, **ECF No. [36]**, is approved and adopted, and the above-styled case is **DISMISSED WITHOUT PREJUDICE**.  Defendants' Motion to Dismiss, **ECF No. [32]**, is **DENIED as moot**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 8, 2020.

                                            _____
                                            **BETH BLOOM**
                                            **UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record